UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**BENJAMIN ADU ACHEAMPONG,**<br><br>Defendant. | **CASE NO.: 1:22-mj-299**<br><br>**MAGISTRATE JUDGE LITKOVITZ**<br><br>**ORDER UNSEALING CASE** |

Upon the Motion of the United States Attorney and for good cause shown, it is hereby **ORDERED** that the above-captioned matter be unsealed.

<u>  12/1/2023                </u>  
DATE

<u>                                                </u>  
HONORABLE KAREN L. LITKOVITZ
UNITED STATES MAGISTRATE JUDGE